THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY LEE, Appellant.

Submitted February 6, 2017; decided February 9, 2017

Motion for assignment of counsel granted and Rosemary Herbert, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

Judge WILSON taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW SMART, Appellant.

Submitted February 6, 2017; decided February 9, 2017

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge WILSON taking no part.